UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80240-CIV-HURLEY

EVANGELINE PATTERSON, on her own
behalf and others similarly situated,
    PlaintiffS,

v.

PALM BEACH COUNTY SCHOOL BOARD,
    Defendant.
_____/

### ORDER OF CLOSE OUT

**THIS CAUSE** was previously resolved upon entry of a stipulated settlement and final order of dismissal entered November 7, 2007 [DE # 41]. On May 30, 2008, the defendant filed notice of final report indicating that it has now completed issuance of settlement checks to all participating plaintiffs. There being nothing further for the court to do at this juncture, it is accordingly **ORDERED AND ADJUDGED**:

1. The Clerk of the Court shall enter the case as **CLOSED** and terminate all pending motions as **MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __11__ day of June, 2008.

                        Daniel T. K. Hurley
                        United States District Judge

Copies furnished:
all counsel

**CLOSED CASE**